MARC A. COLLINS, ESQ. (SBN 136769)
AZIM KHANMOHAMED, ESQ. (277717)
COLLINS LAW GROUP, LLP
4311 Wilshire Blvd., Ste. 307
Los Angeles, CA 90010-3715
PH: (323) 549-0700
FX: (323) 549-0707

Attorneys for Debtor and Defendant,
New Millennium Foods, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRIS LANGER,<br><br>Plaintiff,<br><br>V.<br><br>235 S. LA CIENEGA BLVD., ASSOCIATES, LLC, a California Limited Liability Company; NEW MILLENNIUM FOODS, INC, a California Corporation; AND DOES 1 – 10,<br><br>Defendants. | Case No. CV 14-1397 - JFW<br><br>Hon. John F. Walter<br><br>**ORDER GRANTING ADDITIONAL TIME TO FILE RESPONSIVE PLEADING** |

**FOR GOOD CAUSE SHOWN, THE COURT ORDERS:**

Defendant New Millennium Foods, Inc. shall have through and including June 5, 2014, or later in accordance with Rule 12, if not yet served, to file responsive pleadings.

Dated: June 2, 2014

HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

**Note to counsel: Courtesy copies were not delivered to chambers. Failure to comply with all the local rules in the future will result in the denial of request.