JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chris Langer, | Case No. **CV 14-1397-JFW (PLAx)** |
| Plaintiff, | **JUDGMENT** |
| v. | |
| 235 S. La Cienega Blvd., Associates, LLC, | |
| Defendant. | |

    The Court, having granted the Defendants 235 S. La Cienega Blvd. Associates, LLC and New Millennium Foods, Inc.'s (collectively, "Defendants") motion for summary judgment based on its determination that Defendants were entitled to judgment as a matter of law on Plaintiff Chris Langer ("Plaintiff") first cause of action for violation of the Americans with Disability Act, and

    The Court having declined to exercise supplemental jurisdiction over Plaintiff's remaining state law claims and having dismissed those claims without prejudice,

    IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that judgment is entered in this action as follows:

1.  Plaintiff shall recover nothing from any of the Defendants;

2.  Defendants shall have judgment in their favor on Plaintiff's first cause of action for violation of the Americans with Disability Act; and

3.  Defendants shall recover from Plaintiff their costs of suit in the sum of $_____.

The Clerk is ordered to enter this Judgment.


Dated: February 11, 2015          _____
                                   JOHN F. WALTER
                                   UNITED STATES DISTRICT JUDGE

2